GRAY v. WISCAVER ET AL.

[No. 10,063.  Filed November 4, 1919.]

APPEAL.—*Evidence Conflicting.—Review.*—Where the only questions presented under the rules of the Appellate Court require for determination a review of conflicting evidence, the judgment of the trial court is conclusive and will be affirmed.

From Pike Circuit Court; *John L. Bretz,* Judge.

Action between Tillman D. Gray and George Wiscaver and another.  From the judgment rendered, Tillman D. Gray appeals.  *Affirmed.*

*Edward P. Richardson* and *Arthur H. Taylor,* for appellant.

*Harry W. Carpenter,* for appellee.

REMY, J.—The only questions which under the rules of this court are presented for our consideration require for their determination a review of conflicting evidence.  Under such circumstances the judgment of the trial court is conclusive, and on the authority of *Gass* v. *Coggswell* (1873), 44 Ind. 355, and *Nicholson* v. *Smith* (1916), 60 Ind. App. 385, 110 N. E. 1007, the judgment is affirmed.